US. DISTRICT COURT PUERTO RICO

EMMETT CALDWELL
    plaintiff
vs
STATE OF PUERTO RICO
DEPARTMENT OF VIVIENDA
MARTINEL GROUP, 911 TRLEPHONE OPERATOR
JOHN DOE 1-10( representing unknown defendant(s)attacked & tried to run plaintiff over State of Puerto Rico employees)
US DEPARTMENT OF HOUSEING.   defendants

RECEIVED AND FILED
23-CV-1547 CVR
CLERK'S OFFICE USDC PR
2023 OCT 31 PM 1:50

Jurisdiction Title 42 US Code 1983 & 3601

    1ST CAUSE OF ACTION
    DEPARTMENT OF VIVIENDA

1 DEPARTMENT OF VIVIENDA KNEW OF THE PROBABILITY AND CERTAINTY OF DANGER OF SEVER HARM OR DEATH BY GANG IF PLAINTIFF CALLED POLICE TO NEMINOSO CANALES FAILED DUTY TO NOTIFY ME DUE TO NON PUERTO RICAN RACE ALIENAAGE race SEX ORIENTATION VIOIATING T42 USC 3601

1A DEPT OF VIVIENDA FAILED DUTY OWED IN GROSS NEGLIGENCE RECKLESSLY IN DISREGARD OF PROBABLE HARMS  DUTY TO WARN NOTIFY PLAINTIFF OF  FORSEEABLE BEATING AND SEVERE INJURYS PAIN OR DEATH  BY GANGS IF PLAINTIFF CALLED POLICE TO NEMINOSO CANELS PUBLIC HOUSEING AS OCCURED 9/3/23

1B DEPT VIVIENDA FAILED DUTY TO NOTIFY PLAINTIFF OF  PUBLIC HOUSEING REGULAMENTO OR RULE CUSTOM NEMINOSO CANALS GANG  WOULD ATTACK AND OR KILL PLAINTIFF IF HE CALLED POLICE TO PUBLIC HOUSEING

1C PLAINTIFF WAS NOT WARNED OF RULE NOT TO CALL POLICE TO PUBLIC HOUSEING BY ALL DEFENDANTS RECKLESSLY MALISHOUSLY IN GROSS NEGLIGENCE BY POLICE CHIEF. VIVIENDA ,POLICE DEPARTMENT,STATE OF PUERTO RICO AND PORT OF PUERTO RICO DUTY OWED PUERTO ALIENAGE SEX DISCRIMINATION STATEMENT were MADE BY VIVIENDA & STATE EMPLOYES "THROW OUT GAY GRINGO

1D ALL DEFENDANTS MALISHOUSLY RECKLESSLY CONCEALED  KNOWLEDGE OF EXTREEM DANGER OF GANG BEATING AND ATTACK DEATH IF POLICE CALLED TO NEMINOSO CANALES , BY PLAINTIFF

1E DEPT VIVIENDA, MARTENAL GROUP , STATE OF PUERTO RICO POLICE AND ALL DEFENDANTS KNEW OR SHOULD HAVE KNOWN  OF PUBLIC HOUSEING CUSTOM UNWRITTEN OR WRITTEN  REGLAMENTO AND  NOTORUOUS FACT THAT IF YOU CALL POLICE TO PUBLIC HOUSEING THE GANG WILL  ATTACK AND BEAT YOU AND OR TRY TO KILL PLAINTIFF DIRECT PROXIMATE CAUSE OF PLAINTIFFS SEVERE PAIN SUFFERING INJURYS HIMILIATION SEVERE EXTREEM EMOTIONAL DISTRESS HEADACHES AND DEATH THREATS VIOLATING TITLE VI CIVIL RIGHTS ACT 1986

1F 1ST DAY IN NEMEOSIO CANALES PLAINTIFF WALKED BY MAINTENCE AREA ,INSIDE FENCE A BLACK VIVIENDA SHIRTED EMPLOYEE STARED AT PLAINTIFF AND SAID"WE ARE GOING TO KICK YOU OUT OF HERE" AND THREW A HAND SIGN PLAINTIFF REPORTED EMPLOYEES  THREAT TO OFFICE THAT FAILED  DUTY OWED TO TAKE APPROPIATE PREVENTIVE ACTION

1G A VIDEO SHOWING GANG ARRESTS AT NEMINOSO CANALES PLAYED AT POLICE HEADQUARTERS WHEN PLAINTIFF WENT TO POLICE HEADQUARTERS TO GET HELP APPROX SEPT 22 TO GO INTO NEMNIOSO CANALES TO RETRIVE SOME OF HIS POSSESIONS AS PLAINTIFF HAS NO CAR AND POLICE WARNED PLAINTIFF NOT TO RETURN

2 PLAINTIFF IS CAUCASIAN AND WAS TARGETED BY VIVIENDA BLACK EMPLOYEE WHO 1ST DAY STATED WE ARE GOING TO KICK OUT GRINGO AS PLAINTIFF PASSED FENCED MAINTENCE AREA DEFENDANTS NOTIFIED FAILED TO PREVENT KICK OUT ATTACK BY VIVIENDA GANG SUFFERED DIRECTLY PROXIMATELY THERETO

2A PLAINTIFF WAS TOLD BY A AMERICAN FILIMING POLICE EXITING POLICE HEADQUARTERS  DAYS BEFORE THE

GANG ATTACK "NOW THE POLICE ARE CORRUPT AND WORK FOR DRUG DEALERS" HE STATED HE WAS FROM BOSTON AND HAD A WEBSITE

2B PLAINTIFF TOLD POLICEMAN AT POLICE HEADQUARTERS THE FOLLOWING DAYS WHAT THE AMERICAN SAID AND POLICE MAN SAD "YES THATS CORRECT" AND POINTED UPSTAIRS AT POLICE HEADQUARTERS BUILDING

3) ALL DEFENDANTS VIOLATED PLAINTIFFS CIVIL RIGHTS IN VIOLATION OF TITLE 42 US CODE 1983 1981 KKK ACT AND OTHER FEDERAL CAUSES OF ACTION CALLING PLAINTIFF GRINGO AND SENDING 2 CLIPBOARD NEMPLOYEES TO DEFICATE AND DISTURB PLAINTIFFS CANALES APT BLDG

4 ON SEPT 3 PLAINTIFF WAS SEVERELY BEATEN AFTER CALLING POLICE 635 PM TO NEMOISO CANALES APT 27 BLDG 2 PUBLIC HOUSEING TO REPORT BLACK (#1) 22 WITH AFRO ON BLUE WHITE MOTOR CYCLE THAT STALKED AND TRIED TO RUN PLAINTIFF OVER 9/1/23 & AFTER GANG ATTACK HIT PLAINTIFF IN FACE) BY BLACK GANG THAT KICKED IN PLAINTIFFS DOOR

5 PLAINTIFFS CALLED 911 POLICE A SECOND TIME AFTER SEEING GANG WITH CLUB RACEING UP TO PLAINTIFFS APARTMENT AND BREAKING DOOR DOWN 911 OPERATOR SAID HE WOULD NOTIFY POLICE OF GANG ATTACK THEN REFUSED TO SPEAK STAYING ON LINE LISTENING TO GANG LOUDLY KICK IN DOOR WITH BASE BALL BAT AND FEET

6 PLAINTIFF WAS TOLD BY POLICE 6:45 PM AFTER THE REASON PLAINTIFF WAS BEATEN IS DUE TO" THEREBIS A REGULAMENTO POLICE CANNOT GO IN PUBLIC HOUSEING AND RESIDENTS CANNOT CALL POLICE"

7 PLAINTIFF REALIZED DURING GANG ATTACK THE DIRECT PROXIMATE CAUSE WAS PLAINTIFF HAD CALLED POLICE AFTER A BLACK ON SCOOTER LAUGHED INMEDIATE AFTER PLAINTIFF STOPPED TALKING TO POLICE TORRES 630 PM 9/3/23 AND 5 SCOTERS FOLLOWED PLAINTIFF TO HOS APT #2-27

8 DURING AND AFTER GANG ATTACK PLAINTIFF SHOUTED TO GANG "SORRY I DIDNT KNOW YOU CANT CALL POLICE" REPETED ALSO AFTER IN ST TO BLACK (#1) WHO THEN HIT PLAINTIFF IN FACE AFTER OLD GREYISH NEGRO SAID" DIE IF YOU CALL POLICE AGAIN

9 PLAINTIFF WAS AFTER AND DURING BEATEN ABLE TO EXIT AND ATTEMPTED TO WALK DOWN STAIRS BUT FELL ON CONCRETE DEBRI VIVIENDA WAS NOTIFIED OF BUT REFUSED TO CLEAN IN YEARS (exhibit) DIRECT PROXIMATE CAUSE OF SEVER INJURYS PLAINTIFF SUFFERED AND CONTINUES TO SUFFER

10 AFTER PLAINTIFF WAS ABLE TO ESCAPE MINUTES :WALKING TOWARDS POLICE HEADQUARTERS 360 FEET AWAY POLICE OFFICER TORRES WAS WAITING

11 PLAINTIFF WAS RESIDEING ON 54 BETRAM CENTRO CONVENCIONS WHEN SUED BY PORT OF PUERTO RICO IN CASE 23. AT HEARING PORT PRODUCED VIVIENDA OFFICALS AND UNDER DURESS PLAINTIFF FILLED OUT APPLICATION FOR PUBLIC HOUSING DEMANDED

12 DOMINICANS AND PUERTO RICANS WORKING FOR PORT UNION AND PORT AND STATE OF PUERTO RICO S PLAIN CLOTHED POLICE PRIOR THREATENED TO KILL RAPE"WE ARE DRUNK AND GOING TO TEACH YOUBOUT PENIS" REPETEDLY IN PATTERN OF HARASSMENT

12B CLAIM FOR RELIEF 10 MILLION DOLLARS AND APPROPIATE REMEDIAL ORDERS

2ND CAUSE OF ACTION
STATE OF PUERTO RICO

TITLE 42 USC 1983-1982

CAUSE OF ACTION

13 STATE OF PUERTO RICO KNEW PLAINTIFF WOULD PROBERBLY BE ATTACKED BY PUBLIC HOUSEING GANG IF HE CALLED POLICE AND FAILED DUTY TO NOTIFY AND WARN PLAINTIFF DIRECT PROXIMATE CAUSE OF PLAINTIFF BEING ATTACKED 9/3/23 BY DRUG GANG AND FALLING DOWN STAIRCASE DUE TO DEBRI SEVERE PHYSICAL INJURYS AND SEVERE EMOTIONAL DISTRESS NIGHTMARES AND BEING STALKED BY DRUG GANG AND DEATH THREATS

14 STATE OF PUERTO RICO ITS EMPLOYEES AGENTS GANGS AGENCY DISCRIMINATED AGAINST PLAINTIFF DUE TO NON PUERTO RICAN RACE ALIENAGE VIOLATED T42USC 3601

15 DUE TO TO PLAINTIFFS ALIEANGE RACE WHITE SKIN ALSO HOMOSEXUALITY DEFENDANTS STATE OF PUERTO RICO UNIFORMED AND PLAINCLOTHER POLICE ALSO PORT EMPLOYEES CALLED PLAINTIFF MUCHACHA MUJER MERICONE PUTA GRINGO GO AFUERA ,WE ARE GOING TO SACKA USTED VIOLATION OF TITLE 42 USC 1983 & 3601 ALSO DUE TO HOMOSEXUALITY UNDER COLOR OF LAW

16 DARK SKINNED STATE OF PUERTO POLICE FOR YEARS HAVE VERBALLY HARASSED PLAINTIFF IN PUBLIC PLACES MAKEING HOMOSEXUAL INUENDOS VIOLATING T42 USC 1983

17 STATE OF PUERTO RICO KNEW OF THE PROBABILITY AND CERTAINTY OF DANGER OF SEVER HARM OR DEATH BY GANG IF PLAINTIFF CALLED POLICE TO NEMINOSO CANALES

18 STATE OF PUERTO RICO FAILED DUTY OWED IN GROSS NEGLIGENCE RECKLESSLY IN DISREGARD OF PROBABLE HARMS DUTY TO WARN NOTIFY PLAINTIFF OF FORSEEABLE BEATING AND SEVERE INJURYS PAIN OR DEATH BY GANGS IF PLAINTIFF CALLED POLICE TO NEMINOSO CANELS PUBLIC HOUSEING AS OCCURED 9/3/23

19 STATE OF PUERTO RICO FAILED DUTY TO NOTIFY PLAINTIFF OF PUBLIC HOUSEING REGULAMENTO OR RULE CUSTOM NEMINOSO CANALS GANG WOULD ATTACK AND OR KILL PLAINTIFF IF HE CALLED POLICE TO PUBLIC HOUSEING

20 PLAINTIFF WAS NOT WARNED OF RULE NOT TO CALL POLICE TO PUBLIC HOUSEING BY ALL DEFENDANTS RECKLESSLY MALISHOUSLY IN GROSS NEGLIGENCE BY POLICE CHIEF, VIVIENDA ,POLICE DEPARTMENT,STATE OF PUERTO RICO AND PORT OF PUERTO RICO DUTY OWED

21 ALL DEFENDANTS MALISHOUSLY RECKLESSLY CONCEALED KNOWLEDGE OF EXTREEM DANGER OF GANG BEATING AND ATTACK DEATH IF POLICE CALLED TO NEMINOSO CANALES , BY PLAINTIFF

22 STATE OF PUERTO RICO POLICE AND ALL DEFENDANTS KNEW OR SHOULD HAVE KNOWN OF PUBLIC HOUSEING CUSTOM UNWRITTEN OR WRITTEN REGLAMENTO AND NOTORUOUS FACT THAT IF YOU CALL POLICE TO PUBLIC HOUSEING THE GANG WILL ATTACK AND BEAT YOU AND OR TRY TO KILL PLAINTIFF DIRECT PROXIMATE CAUSE OF PLAINTIFFS SEVERE PAIN SUFFERING INJURYS HIMILIATION SEVERE EXTREEM EMOTIONAL DISTRESS HEADACHES AND DEATH THREATS

23 1ST DAY IN NEMEOSIO CANALES PLAINTIFF WALKED BY MAINTENCE AREA ,INSIDE FENCE A BLACK VIVIENDA SHIRTED EMPLOYEE STARED AT PLAINTIFF AND SAID"WE ARE GOING TO KICK YOU OUT OF HERE" AND THREW A HAND SIGN PLAINTIFF REPORTED EMPLOYEES THREAT TO OFFICE THAT FAILED DUTY OWED TO TAKE APPROPIATE PREVENTIVE ACTION

24 A VIDEO SHOWING GANG ARRESTS AT NEMINOSO CANALES PLAYED AT POLICE HEADQUARTERS WHEN PLAINTIFF WENT TO POLICE HEADQUARTERS TO GET HELP APPROX SEPT 22 TO GO INTO NEMNIOSO CANALES TO RETRIVE SOME OF HIS POSSESSIONS AS PLAINTIFF HAS NO CAR AND POLICE WARNED PLAINTIFF NOT TO RETURN

25 PLAINTIFF IS CAUCASIAN AND WAS TARGETED BY VIVIENDA BLACK EMPLOYEE WHO 1ST DAY STATED WE ARE GOING TO KICK OUT GRINGO AS PLAINTIFF PASSED FENCED MAINTENCE AREA DEFENDANTS NOTIFIED FAILED TO PREVENT KICK OUT ATTACK BY VIVIENDA GANG SUFFERED DIRECTLY PROXIMATELY THERETO

26 STATE OF PUERTO RICO IS RESPONDANT SUPERIOR FAILED TO TRAIN SUPERVISE VIVIENDA POLICE AND PLAINCLOTHS STATE EMPLOYEES DIRECT ON DUTY FOR STATES BENEFIT SEXUALLY EVIDENTLY HARASS VIOLATION T VI CIVIL RIGHTS ACT 1964 UNDER COLOR OF LAWS

27 A PLAINTIFF WAS TOLD BY A AMERICAN FILIMING POLICE EXITING POLICE HEADQUARTERS DAYS BEFORE THE GANG ATTACK "POLICE WORK FOR DOMINICAN GANG"

3

3) STATE OF PUERTO RICO VIOLATED PLAINTIFFS CIVIL RIGHTS IN VIOLATION OF TITLE 42 US CODE 1983 1981 KKK ACT AND OTHER FEDERAL CAUSES OF ACTION CALLING PLAINTIFF GRINGO AND SENDING 2 CLIPBOARD NEMPLOYEES DEFICATE AND DISTURB PLAINTIFFS CANALES APT BLDG

) PLAINTIFF CALLED POLICE 635 TO NEMINISO CANALES 9/3/23 TO REPORT ATTEMPED RUN OVER AND STALKING BY 22 YEAR OLD BLACK SKINNED NEGRO ON BLUE WHITE MOTORCYCLE WHO HAD PRIOR GUN POPED IT WHEN PASSING NEMINOSO CANALES BLDG 2 APT 27 ON DAY OF MOVE IN AND SINCE

) AFTER POLICE LEFT AND GANG STALKED AND ATTACKED PLAINIFFF CALLED AGAIN AND 911 OPERATOR EXPLAINED POLICE JUST LEFT AND NEED TO RETURN AS GANG KICKING DOWN DOOR 911 OPERATOR WAS TALKING TO PLAINTIFF SEVERAL MINUTES REFUSED TO CALL POLICE TO RETURN AFTER HEARING GANG KICKING IN DOOR

) PLAINTIFF WAS SEVERELY BEATEN BY GANG AND SUFFERED FALL INJURYS DIRECT PROXIMATE DUE TO 911 OPERATOR MALISHOUS RACEIST REFUSAL TO TELL POLICE TO RETURN TO APT 27 BLDG 2 NEMINISO CANALES

) OPERATER KNEW PLAINTIFF WAS NOT PUERTO RICAN AND DUE TO ALIENAGE RACE DISCRIMINATION REFUSED TO NOTIFY POLICE OF GANG ATTACK WHICH POLICE TORRES WAS WAITING 500 FEET AWAY ANTICIPATEING GANG. RETALATION FOR PLAINTIFF CALLING POLICE AS ONE GANG MEMBER LAUGHED AS 6 GANG SCOOTERS WATCHED LISTENED FROM 20 FEET AWAY AS PLAINTIFF MADE COMPLAINT TO TORRES

) HENIOUS AGGREGIOUS UNCIVILIZED NOT TO BE TOLERATED IN CIVILIZED SOCIETY WARRANTING PUNETIVE DAMAGES IS 911 TELEPHONE OPERATERS PATTERN OF HANGING UP DURING EMERGENCY 911 CALLS

) STATE OF PUERTO RESPONDANT SUPERIOR FAILED DUTY TO PROPERLY TRAIN AND SUPERVISE 911 OPERATORS POLICE AND VIVIENDA TO PREVENT ACTS COMPLAINED IN GROSS RECKLESS AND FOREKNOWLWDGE OF PROBABLE HARMS

3) ALL DEFENDANTS VIOLATED PLAINTIFFS CIVIL RIGHTS IN VIOLATION OF TITLE 42 US CODE 1983 1981 KKK ACT AND OTHER FEDERAL CAUSES OF ACTION CALLING PLAINTIFF GRINGO AND SENDING 2 CLIPBOARD NEMPLOYEES TO DEFICATE AND DISTURB PLAINTIFFS CANALES APT BLDG

4 ON SEPT 3 PLAINTIFF WAS SEVERELY BEATEN AFTER CALLING POLICE 635 PM TO NEMOISO CANALES APT 27 BLDG 2 PUBLIC HOUSEING TO REPORT BLACK (#1) 22 WITH AFRO ON BLUE WHITE MOTOR CYCLE THAT STALKED AND TRIED TO RUN PLAINTIFF OVER 9/1/23 & AFTER GANG ATTACK HIT PLAINTIFF IN FACE) BY BLACK GANG THAT KICKED IN PLAINTIFFS DOOR

5 PLAINTIFFS CALLED 911 POLICE A SECOND TIME AFTER SEEING GANG WITH CLUB RACEING UP TO PLAINTIFFS APARTMENT AND BREAKING DOOR DOWN 911 OPERATOR SAID HE WOULD NOTIFY POLICE OF GANG ATTACK THEN REFUSED TO SPEAK STAYING ON LINE LISTENING TO GANG LOUDLY KICK IN DOOR WITH BASE BALL BAT AND FEET

6 PLAINTIFF WAS TOLD BY POLICE 6:45 PM AFTER THE REASON PLAINTIFF WAS BEATEN IS DUE TO" THEREBIS A REGULAMENTO POLICE CANNOT GO IN PUBLIC HOUSING AND RESIDENTS CANNOT CALL POLICE"

7 PLAINTIFF REALIZED DURING GANG ATTACK THE DIRECT PROXIMATE CAUSE WAS PLAINTIFF HAD CALLED POLICE AFTER A BLACK ON SCOOTER LAUGHED INMEDIATE AFTER PLAINTIFF STOPPED TALKING TO POLICE TORRES 630 PM 9/3/23 AND 5 SCOTERS FOLLOWED PLAINTIFF TO HOS APT #2-27

8 DURING AND AFTER GANG ATTACK PLAINTIFF SHOUTED TO GANG "SORRY I DIDNT KNOW YOU CANT CALL POLICE" REPETED ALSO AFTER IN ST TO BLACK (#1) WHO THEN HIT PLAINTIFF IN FACE AFTER OLD GREYISH NEGRO SAID" DIE IF YOU CALL POLICE AGAIN

LAINTIFF WAS AFTER AND DURING BEATEN ABLE TO EXIT AND ATTEMPTED TO WALK DOWN STAIRS BUT FELL ON CONCRETE DEBRI VIVIENDA WAS NOTIFIED OF BUT REFUSED TO CLEAN IN YEARS (exhibit) DIRECT PROXIMATE CAUSE OF SEVER INJURYS PLAINTIFF SUFFERED AND CONTINUES TO SUFFER

(J AFTER PLAINTIFF WAS ABLE TO ESCAPE MINUTES :WALKING TOWARDS POLICE HEADQUARTERS 360 FEET AWAY POLICE OFFICER TORRES WAS WAITING

17 CLAIM FOR RELIEF A ORDER STATE OF PUERTO PAY FOR PLAINTIFFS SECURITY GUARD 24 HOURS 7 DAYS A WEEK AND $1,000,000.00 CIVIL COMPENSATION FOR THERAPY , GANG PROOF SECURE HOUSEING AND $2,000,000.00 PUNETIVE DAMAGES AND APPROPIATE RELIEFS

4

CAUSE OF ACTION

) PLAINTIFF CALLED POLICE 635 TO NEMINISO CANALES 9/3/23 TO REPORT ATTEMPED RUN OVER AND STALKING BY 22 YEAR OLD BLACK SKINNED NEGRO ON BLUE WHITE MOTORCYCLE WHO HAD PRIOR GUN POPED IT WHEN PASSING NEMINOSO CANALES BLDG 2 APT 27 ON DAY OF MOVE IN AND SINCE

) AFTER POLICE LEFT AND GANG STALKED AND ATTACKED PLAINFFF CALLED AGAIN AND 911 OPERATOR EXPLAINED POLICE JUST LEFT AND NEED TO RETURN AS GANG KICKING DOWN DOOR 911 OPERATOR WAS TALKING TO PLAINTIFF SEVERAL MINUTES REFUSED TO CALL POLICE TO RETURN AFTER HEARING GANG KICKING IN DOOR

) PLAINTIFF WAS SEVERELY BEATEN BY GANG AND SUFFERED FALL INJURYS DIRECT PROXIMATE DUE TO 911 OPERATOR MALISHOUS RACEIST REFUSAL TO TELL POLICE TO RETURN TO APT 27 BLDG 2 NEMINISO CANALES

) OPERATER KNEW PLAINTIFF WAS NOT PUERTO RICAN AND DUE TO ALIENAGE RACE DISCRIMINATION REFUSED TO NOTIFY POLICE OF GANG ATTACK WHICH POLICE TORRES WAS WAITING 500 FEET AWAY ANTICIPATEING GANG. RETALATION FOR PLAINTIFF CALLING POLICE AS ONE GANG MEMBER LAUGHED AS 6 GANG SCOOTERS WATCHED LISTENED FROM 20 FEET AWAY AS PLAINTIFF MADE COMPLAINT TO TORRES VIOLATING TITLE 42 US CODE 1983-81 UNDER COLOR OF LAW CUSTOM DUE TO FAILURE TO PROPERY TRAIN SUPERISE

) HENIOUS AGGREGIOUS UNCIVILIZED NOT TO BE TOLERATED IN CIVILIZED SOCIETY WARRANTING PUNETIVE DAMAGES IS 911 TELEPHONE OPERATERS PATTERN OF HANGING UP DURING EMERGENCY 911 CALLS

) STATE OF PUERTO RESPONDANT SUPERIOR FAILED DUTY TO PROPERLY TRAIN AND SUPERVISE 911 OPERATORS POLICE AND VIVIENDA TO PREVENT ACTS COMPLAINED IN GROSS RECKLESS AND FOREKNOWLWDGE OF PROBABLE HARMS TO PREVENT 911 OPERATORS VIOLATING TITLE 42 US CODE 1983 CALLING PLAINTFF DUE TO NON PUERTORICAN ALIENAGE REFUSED TO CONTACT POLICE 2ND 911 CALL

3) ALL DEFENDANTS VIOLATED PLAINTIFFS CIVIL RIGHTS IN VIOLATION OF TITLE 42 US CODE 1983 1981 KKK ACT AND OTHER FEDERAL CAUSES OF ACTION CALLING PLAINTIFF GRINGO AND SENDING 2 CLIPBOARD NEMPLOYEES TO DEFICATE AND DISTURB PLAINTIFFS CANALES APT BLDG

4 ON SEPT 3 PLAINTIFF WAS SEVERELY BEATEN AFTER CALLING POLICE 635 PM TO NEMOISO CANALES APT 27 BLDG 2 PUBLIC HOUSING TO REPORT BLACK (#1) 22 WITH AFRO ON BLUE WHITE MOTOR CYCLE THAT STALKED AND TRIED TO RUN PLAINTIFF OVER 9/1/23 & AFTER GANG ATTACK HIT PLAINTIFF IN FACE) BY BLACK GANG THAT KICKED IN PLAINTIFFS DOOR

5 PLAINTIFFS CALLED 911 POLICE A SECOND TIME AFTER SEEING GANG WITH CLUB RACEING UP TO PLAINTIFFS APARTMENT AND BREAKING DOOR DOWN 911 OPERATOR SAID HE WOULD NOTIFY POLICE OF GANG ATTACK THEN REFUSED TO SPEAK STAYING ON LINE LISTENING TO GANG LOUDLY KICK IN DOOR WITH BASE BALL BAT AND FEET

6 PLAINTIFF WAS TOLD BY POLICE 6:45 PM AFTER THE REASON PLAINTIFF WAS BEATEN IS DUE TO" THEREBIS A REGULAMENTO POLICE CANNOT GO IN PUBLIC HOUSEING AND RESIDENTS CANNOT CALL POLICE"

7 PLAINTIFF REALIZED DURING GANG ATTACK THE DIRECT PROXIMATE CAUSE WAS PLAINTIFF HAD CALLED POLICE AFTER A BLACK ON SCOOTER LAUGHED INMEDIATE AFTER PLAINTIFF STOPPED TALKING TO POLICE TORRES 630 PM 9/3/23 AND 5 SCOTERS FOLLOWED PLAINTIFF TO HOS APT #2-27

8 DURING AND AFTER GANG ATTACK PLAINTIFF SHOUTED TO GANG "SORRY I DIDNT KNOW YOU CANT CALL POLICE" REPETED ALSO AFTER IN ST TO BLACK (#1) WHO THEN HIT PLAINTIFF IN FACE AFTER OLD GREYISH NEGRO SAID" DIE IF YOU CALL POLICE AGAIN

LAINTIFF WAS AFTER AND DURING BEATEN ABLE TO EXIT AND ATTEMPTED TO WALK DOWN STAIRS BUT FELL ON CONCRETE DEBRI VIVIENDA WAS NOTIFIED OF BUT REFUSED TO CLEAN IN YEARS (exhibit) DIRECT PROXIMATE CAUSE OF SEVER INJURYS PLAINTIFF SUFFERED AND CONTINUES TO SUFFER

10 AFTER PLAINTIFF WAS ABLE TO ESCAPE MINUTES :WALKING TOWARDS POLICE HEADQUARTERS 360 FEET AWAY POLICE OFFICER TORRES WAS WAITING

11 PLAINTIFF WAS RESIDEING ON 54 BETRAM CENTRO CONVENCIONS WHEN SUED BY PORT OF PUERTO RICO IN CASE 23. AT HEARING PORT PRODUCED VIVIENDA OFFICALS AND UNDER DURESS PLAINTIFF FILLED OUT APPLICATION FOR PUBLIC HOUSEING DEMANDED

12 DOMINICANS AND PUERTO RICANS WORKING FOR PORT UNION AND PORT AND STATE OF PUERTO RICO S PLAIN CLOTHED POLICE PRIOR THREATENED TO KILL RAPE"WE ARE DRUNK AND GOING TO TEACH YOUBOUT PENIS" REPETEDLY IN PATTERN OF HARASSMENT

5

HOUSEING AND URBAN DEVELOPEMENT HEREAFTER REFERED TO AS HUD PROVIDES FUNDS FOR STATE OF PUERTO RICO PUBLIC HOUSING KNEW OR SHOULD HAVE KNOWN PLAINTIFF WOULD BE GANG ATTACKED IF HE CALLED POLICE TO NEMIOSO CANALES

) PLAINTIFF CALLED POLICE 635 TO NEMINISO CANALES 9 3 23 TO REPORT ATTEMPED RUN OVER AND STALKING BY 22 YEAR OLD BLACK SKINNED NEGRO ON BLUE WHITE MOTORCYCLE WHO HAD PRIOR GUN POPLED H WHEN PASSING NEMINOSO CANALES BLDG 2 APT 27 ON DAY OF MOVE IN AND SINCE

) AFTER POLICE LEFT AND GANG STALKED AND ATTACKED PLAINIFFF CALLED AGAIN AND 911 OPERATOR EXPLAINED POLICE JUST LEFT AND NEED TO RETURN AS GANG KICKING DOWN DOOR 911 OPERATOR WAS TALKING TO PLAINTIFF SEVERAL MINUTES REFUSED TO CALL POLICE TO RETURN AFTER HEARING GANG KICKING IN DOOR

) PLAINTIFF WAS SEVERELY BEATEN BY GANG AND SUFFERED FALL INJURYS DIRECT PROXIMATE DUE TO 911 OPERATOR MALISHOUS RACEIST REFUSAL TO TELL POLICE TO RETURN TO APT 27 BLDG 2 NEMINISO CANALES

) OPERATER KNEW PLAINTIFF WAS NOT PUERTO RICAN AND DUE TO ALIENAGE RACE DISCRIMINATION REFUSED TO NOTIFY POLICE OF GANG ATTACK WHICH POLICE TORRES WAS WAITING 500 FEET AWAY ANTICIPATEING GANG RETALATION FOR PLAINTIFF CALLING POLICE AS ONE GANG MEMBER LAUGHED AS 6 GANG SCOOTERS WATCHED LISTENED FROM 20 FEET AWAY AS PLAINTIFF MADE COMPLAINT TO TORRES

) HENIOUS AGGREGIOUS UNCIVILIZED NOT TO BE TOLERATED IN CIVILIZED SOCIETY WARRANTING PUNETIVE DAMAGES IS 911 TELEPHONE OPERATERS PATTERN OF HANGING UP DURING EMERGENCY 911 CALLS

) STATE OF PUERTO RESPONDANT SUPERIOR FAILED DUTY TO PROPERLY TRAIN AND SUPERVISE 911 OPERATORS POLICE AND VIVIENDA TO PREVENT ACTS COMPLAINED IN GROSS RECKLESS AND FOREKNOWLWDGE OF PROBABLE HARMS

HUD FAILED TO PPROVIDE FUNDS TO PROVIDE SECURITY TO PREVENT HARRASEMENT THREATS AND ATTACK PLAINTIFF SUFFERED DIRECT PROXIMATE CAUSE OF PLAINTIFFS INJURYS

3) ALL DEFENDANTS VIOLATED PLAINTIFFS CIVIL RIGHTS IN VIOLATION OF TITLE 42 US CODE 1983 1981 KKK ACT AND OTHER FEDERAL CAUSES OF ACTION CALLING PLAINTIFF GRINGO AND SENDING 2 CLIPBOARD NEMPLOYEES TO DEFICATE AND DISTURB PLAINTIFFS CANALES APT BLDG

4 ON SEPT 3 PLAINTIFF WAS SEVERELY BEATEN AFTER CALLING POLICE 635 PM TO NEMOISO CANALES APT 27 BLDG 2 PUBLIC HOUSEING TO REPORT BLACK (#1) 22 WITH AFRO ON BLUE WHITE MOTOR CYCLE THAT STALKED AND TRIED TO RUN PLAINTIFF OVER 9 1 23 & AFTER GANG ATTACK HIT PLAINTIFF IN FACE) BY BLACK GANG THAT KICKED IN PLAINTIFFS DOOR

5 PLAINTIFFS CALLED 911 POLICE A SECOND TIME AFTER SEEING GANG WITH CLUB RACEING UP TO PLAINTIFFS APARTMENT AND BREAKING DOOR DOWN 911 OPERATOR SAID HE WOULD NOTIFY POLICE OF GANG ATTACK THEN REFUSED TO SPEAK STAYING ON LINE LISTENING TO GANG LOUDLY KICK IN DOOR WITH BASE BALL BAT AND FEET

6 PLAINTIFF WAS TOLD BY POLICE 6:45 PM AFTER THE REASON PLAINTIFF WAS BEATEN IS DUE TO" THEREBIS A REGULAMENTO POLICE CANNOT GO IN PUBLIC HOUSEING AND RESIDENTS CANNOT CALL POLICE" HUD KNEW FAILED DUTY OWED TO WARN

) PLAINTIFF REALIZED DURING GANG ATTACK THE DIRECT PROXIMATE CAUSE WAS PLAINTIFF HAD CALLED POLICE AFTER A BLACK ON SCOOTER LAUGHED INMEDIATE AFTER PLAINTIFF STOPPED TALKING TO POLICE TORRES 630 PM 9 3 23 AND 5 SCOTERS FOLLOWED PLAINTIFF TO HOS APT #2-27

6 DURING AND AFTER GANG ATTACK PLAINTIFF SHOUTED TO GANG "SORRY I DIDNT KNOW YOU CANT CALL POLICE" REPETED ALSO AFTER IN ST TO BLACK (#1) WHO THEN HIT PLAINTIFF IN FACE AFTER OLD GREYISH NEGRO SAID" DIE IF YOU CALL POLICE AGAIN

LAINTIFF WAS AFTER AND DURING BEATEN ABLE TO EXIT AND ATTEMPTED TO WALK DOWN STAIRS BUT FELL ON CONCRETE DEBRI VIVIENDA WAS NOTIFIED OF BUT REFUSED TO CLEAN IN YEARS (exhibit) DIRECT PROXIMATE CAUSE OF SEVER INJURYS PLAINTIFF SUFFERED AND CONTINUES TO SUFFER

1) AFTER PLAINTIFF WAS ABLE TO ESCAPE MINUTES ;WALKING TOWARDS POLICE HEADQUARTERS 360 FEET AWAY POLICE OFFICER TORRES WAS WAITING

17 CLAIM FOR RELIEF A ORDER SHUD TO PAY FOR PLAINTIFFS SECURITY GUARD 24 HOURS 7 DAYS A WEEK AND $1,000,000.00 CIVIL COMPENSATION FOR THERAPY , GANG PROOF SECURE HOUSEING AND $2,000,000.00 PUNETIVE DAMAGES AND APPROPIATE RELIEF

CAUSE OF ACTION MARTINEL GROUP

) MARTINEL GROUP WAS GROSS NEGLIGENT RECKLESS FOR FAILING DUTY OWED TO WARN PLAINTIFF OF FACT IT KNEW LIKELYHOOD OR CERTAINTY OF GANG ATTACK AND DEATH IF PLAINTIFF CALLED POLICE TO NEMOISO CANALES TO REPORT CRIME OF ATTMPTED ASSAULT AS ADMINISTRATORS OF NE

) MARTINEL GROUP HAD PRIOR KNOWLEDGE OF LOCAL CUSTOM CALLING POLICE TO PUBLIC HOUSEING RAISES DANGER AND LIKELHOOD PROBABILITY OF CALLER BEING ATTACKED BY GANG IN RETALATION

) MARTINAL FAILED DUTY TO TAKE REMEDIAL MEASURES INCREASE SECURITY AFTER BEING NOTIFIED THAT 1ST DAY A BLACK VIVIENDA EMPLOYEE THREATENED TO KICK PLAINTIFF OUT OF NEMNIOSO CANALES AND OF THE TALL BLACK AFRO MOTORCYCLIST GUN POPING AND CIRCULEING AFTER 6PM FRI SAT NIGHTS

) PLAINTIFF CALLED POLICE 635 TO NEMINISO CANALES 9 3 23 TO REPORT ATTEMPED RUN OVER AND STALKING BY 22 YEAR OLD BLACK SKINNED NEGRO ON BLUE WHITE MOTORCYCLE WHO HAD PRIOR GUN POPED IT WHEN PASSING NEMINOSO CANALES BLDG 2 APT 27 ON DAY OF MOVE IN AND SINCE

) AFTER POLICE LEFT AND GANG STALKED AND ATTACKED PLAINIFFF CALLED AGAIN AND 911 OPERATOR EXPLAINED POLICE JUST LEFT AND NEED TO RETURN AS GANG KICKING DOWN DOOR 911 OPERATOR WAS TALKING TO PLAINTIFF SEVERAL MINUTES REFUSED TO CALL POLICE TO RETURN AFTER HEARING GANG KICKING IN DOOR

) PLAINTIFF WAS SEVERELY BEATEN BY GANG AND SUFFERED FALL INJURYS DIRECT PROXIMATE DUE TO 911 OPERATOR MALISHOUS RACEIST REFUSAL TO TELL POLICE TO RETURN TO APT 27 BLDG 2 NEMINISO CANALES

MARTINEL GROUP ) KNEW OF THE PROBABILITY AND CERTAINTY OF DANGER OF SEVER HARM OR DEATH BY GANG IF PLAINTIFF CALLED POLICE TO NEMINOSO CANALES

( ) FAILED DUTY OWED IN GROSS NEGLIGENCE RECKLESSLY IN DISREGARD OF PROBABLE HARMS DUTY TO WARN NOTIFY PLAINTIFF OF FORSEEABLE BEATING AND SEVERE INJURYS PAIN OR DEATH BY GANGS IF PLAINTIFF CALLED POLICE TO NEMINOSO CANELS PUBLIC HOUSEING AS OCCURED 9 3 23

FAILED DUTY TO NOTIFY PLAINTIFF OF PUBLIC HOUSEING REGULAMENTO OR RULE CUSTOM NEMINOSO CANALS GANG WOULD ATTACK AND OR KILL PLAINTIFF IF HE CALLED POLICE TO PUBLIC HOUSEING

1C PLAINTIFF WAS NOT WARNED OF RULE NOT TO CALL POLICE TO PUBLIC HOUSEING BY ALL DEFENDANTS RECKLESSLY MALISHOUSLY IN GROSS NEGLIGENCE BY POLICE CHIEF, VIVIENDA ,POLICE DEPARTMENT,STATE OF PUERTO RICO AND PORT OF PUERTO RICO DUTY OWED

1D ALL DEFENDANTS MALISHOUSLY RECKLESSLY CONCEALED KNOWLEDGE OF EXTREEM DANGER OF GANG BEATING AND ATTACK DEATH IF POLICE CALLED TO NEMINOSO CANALES , BY PLAINTIFF

. MARTENAL GROUP , STATE OF PUERTO RICO POLICE AND ALL DEFENDANTS KNEW OR SHOULD HAVE KNOWN OF PUBLIC HOUSEING CUSTOM UNWRITTEN OR WRITTEN REGLAMENTO AND NOTORUOUS FACT THAT IF YOU CALL POLICE TO PUBLIC HOUSEING THE GANG WILL ATTACK AND BEAT YOU AND OR TRY TO KILL PLAINTIFF DIRECT PROXIMATE CAUSE OF PLAINTIFFS SEVERE PAIN SUFFERING INJURYS HIMILIATION SEVERE EXTREEM EMOTIONAL DISTRESS HEADACHES AND DEATH THREATS

1F 1ST DAY IN NEMEOSIO CANALES PLAINTIFF WALKED BY MAINTENCE AREA ,INSIDE FENCE A BLACK VIVIENDA SHIRTED EMPLOYEE STARED AT PLAINTIFF AND SAID"WE ARE GOING TO KICK YOU OUT OF HERE" AND THREW A HAND SIGN PLAINTIFF REPORTED EMPLOYEES THREAT TO OFFICE THAT FAILED DUTY OWED TO TAKE APPROPIATE PREVENTIVE ACTION

1G A VIDEO SHOWING GANG ARRESTS AT NEMINOSO CANALES PLAYED AT POLICE HEADQUARTERS WHEN PLAINTIFF WENT TO POLICE HEADQUARTERS TO GET HELP APPROX SEPT 22 TO GO INTO NEMNIOSO CANALES TO RETRIVE SOME OF HIS POSSESSIONS AS PLAINTIFF HAS NO CAR AND POLICE WARNED PLAINTIFF NOT TO RETURN

2 PLAINTIFF IS CAUCASIAN AND WAS TARGETED BY VIVIENDA BLACK EMPLOYEE WHO 1ST DAY STATED WE ARE GOING TO KICK OUT GRINGO AS PLAINTIFF PASSED FENCED MAINTENCE AREA DEFENDANTS NOTIFIED FAILED TO

MARTINEL GROUP, KNEW OR SHOULD HAVE KNOW PLAINTIFFS CALLING POLICE TO NEMNOISO CANALES WOULD CAUSE GANG TO ATTACK MABY KILL PLAINTIFF

6

I DECLARE ABOVE FACTS PERSONALLY KNOWN SWORN UNDER OATH AND PENALTY OF PERJURY AND LAWS TRUE TO MY PERSONAL KNOWLEDGE

*Emmett* [signature]       DATED 11/19/23

EMMETT CALDWELL AFFIANT

WHEREFORE

17 CLAIM FOR RELIEF A ORDER DEFENDANTS PAY FOR PLAINTIFFS SECURITY GUARD 24 HOURS 7 DAYS A WEEK AND $1,000,000.00 CIVIL COMPENSATION FOR THERAPY, GANG PROOF SECURE HOUSEING AND $2,000,000.00 PUNETIVE DAMAGES AND APPROPIATE RELIEFS

[signature]

POB 16309
San Juan PR 00908
bizzdev7777@gmail.com

PAGE 7 OF 7