FWC
PO 15309
San Juan PR 00908

US FEDERAL COURT
Civil Clerk
150 Carlos Chardon Ave
San Juan PR 00918

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 OCT 31 PM 1:48

23-CV-1547 CVR

USPS FOREVER / USA
RDC 99
00918
$5.73
FCM LETTER
SAN JUAN, PR
OCT 20, 2023
R2305M144683
9449 0710 5270 1520 6700 60