Clerk Federal Court

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
23-CV-1547 CVR
2023 OCT 31 PM 1:48

Please file this Pro Se NEW INDIGENT CASE

I have had legal papers stolen after reciept in another case Counter Claim in other cases not Related to this

Please stamp 1st Page "Filed" with date return in envelope provided. thank You

Sincerely
E CA Howell